# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE: RECUSAL OF UNITED
STATES MAGISTRATE JUDGE             Case No.: 8:24-mc-18-LSG
LINDSAY S. GRIFFIN
_____/

## STANDING ORDER OF RECUSAL

Section 455 of Title 28, United States Code, governs recusal. Section 455(a) requires disqualification in any circumstance in which the judge's impartiality "might reasonably be questioned." Section 455(b)(5) requires recusal when a family member acts as a lawyer in the proceeding or "[i]s known by the judge to have an interest that could be substantially affected by the outcome of the proceeding." Recusal is an affirmative, "self-enforcing obligation." *Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001); *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989).

A member of my family is a partner in the firm Lau, Lane, Pieper, Conley & McCreadie, P.A. Accordingly, Section 455 requires my recusal from all cases in which Lau, Lane, Pieper, Conley & McCreadie, P.A., is or represents a party.

**ORDERED** in Tampa, Florida, on October 7, 2024.

*Lindsay S. Griffin*
LINDSAY S. GRIFFIN
United States Magistrate Judge